UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 10 CR 922 |
| vs. | ) | |
| | ) | Judge Young B. Kim |
| KEVIN SHARP, a/k/a "K," and | ) | |
| WAYMOND ORR, a/k/a "Row" | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT**

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this honorable Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the complaint against defendants KEVIN SHARP and WAYMOND ORR in the above-captioned case. In support thereof, the government states as follows:

1. On November 2, 2010, a criminal complaint was filed charging SHARP and ORR with sex trafficking of minors and sex trafficking by force, fraud, and coercion, in violation of 18 U.S.C. § 1591(a). The same day, this Court also issued arrest warrants for SHARP and ORR. On November 5, 2010, SHARP and ORR were arrested.

2. Previously, on September 8, 2010, a criminal complaint was filed charging a different defendant, DATQUNN SAWYER, with the same offense in case number 10 CR 744. SAWYER was arrested on September 9, 2010. The complaints allege that SAWYER, SHARP, and ORR were members of the same sex trafficking ring.

3. On December 9, 2010, a grand jury returned an indictment charging SAWYER, SHARP and ORR, with sex trafficking of minors and sext trafficking by force, fraud, and coercion under case number 10 CR 744. The case has been assigned to District Judge Kocoras. The

indictment supersedes the charges in the complaint against SHARP and ORR.

4.	The government has spoken to Robert Clarke, counsel for Mr. SHARP, and Patrick Boyle, counsel for Mr. ORR, and they have no objection to this motion.

WHEREFORE, the government requests that the Court dismiss the complaint pertaining to defendants KEVIN SHARP and WAYMOND ORR in case number 10 CR 922.

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

By:   /s/ Marc Krickbaum
        MARC KRICKBAUM
        Assistant United States Attorney
        219 South Dearborn
        Chicago, Illinois 60604
        (312) 469-6052

Dated: December 10, 2010